PROB 12C

United States District Court
Southern District of Texas
FILED

FEB 0 4 2015

Clerk of Court

United States District Court
for the District of Utah

M-15-174-M

FILED
U.S. DISTRICT COURT
2015 FEB -2 P 2:19
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## Petition and Order for Warrant for Offender Under Supervision

Name of Offender: **Wilmer Juan Contreras-Zuniga**    Docket Number: **2:11-CR-00222-001-TS**
(aka: Jose Wilmer Contreras-Navarro)

Name of Sentencing Judicial Officer:   **Honorable Ted Stewart**
                                        **Senior U.S. District Judge**

Date of Original Sentence: **May 24, 2011**

Original Offense:   **Reentry of a Previously Removed Alien**
Original Sentence:  **60 Months Probation**

Type of Supervision: **Probation**                    Supervision Began: **May 24, 2011**

### PETITIONING THE COURT

[X]   To issue a warrant to be placed as a         In custody: McAllen, Texas
      detainer and toll the supervision term

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:**   On or about January 30, 2015, the defendant illegally reentered the United States, and was found in the Southern District of Texas.

Evidence in support of this allegation is contained in documents obtained from the U.S. District Court, Souther District of Texas, McAllen Division, Case 7:15-po-01435.

I declare under penalty of perjury that the foregoing is true and correct

_____
Alonzo Nez, U.S. Probation Officer
Date: February 2, 2015

### THE COURT ORDERS:

[X]   The issuance of a warrant to be placed as a
      detainer and tolling of the supervision term
[ ]   No action
[ ]   Other

_____
Honorable Ted Stewart
Senior U.S. District Judge
Date: 2/2/15